### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

**DEPOSIT OF UNCLAIMED FUNDS**

| In re: | Bankruptcy Case Number |
|---|---|
| DEANNA JEAN LONG and MATTHEW JASON SMITH, Debtors. | 08-28720 WTT  [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**                              **CHECK AMOUNT**

Craig W. Anderson, M.D.                                           $2.70
9690 South 1300 East, #200
Sandy, UT  84094

The address listed above constitutes the last known address in question. The check in the amount of $2.70 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 18 day of January, 2010.

_____
Duane H. Gillman, Trustee

2010 JAN 21 PH 4: 19
DISTRICT OF UTAH

SLC_529342.1